

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The Appellant's Motion to Consolidate Appeal is DENIED.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court